UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2010 OCT -7 P 1: 20

BY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate No. 10- |
| v. ) | |
| ) | 18 U.S.C. § 1347 |
| DAWN GROVER ) | |
| a/k/a ) | |
| Dawn Hull ) | |
| Dawn Zehrung ) | |

## CRIMINAL COMPLAINT

I, Brian Pellerin, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNTS ONE AND TWO
### (Health Care Fraud)

On about the dates set forth below, in the District of Maine, defendant

**DAWN GROVER**
a/k/a
**Dawn Hull**
**Dawn Zehrung**

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud Anthem Health Plans of Maine, Inc., a/k/a Anthem Blue Cross and Blue Shield, a health care benefit program as defined in Title 18, United States Code, Section 24(b), to obtain by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by and under the custody and control of such health care benefit program.

1

| Count | Date | Amount |
|---|---|---|
| One | May 23, 2008 | $144.52 |
| Two | October 27, 2008 | $4546.87 |

In violation of Title 18, United States Code, Sections 1347 and 24(b).

This Complaint is based on those facts which are set forth in my affidavit of October 7, 2010, which is attached hereto and incorporated herein by reference.

_____
Brian Pellerin
Special Agent
U.S. Department of Health and Human Services

Sworn to before me, and subscribed in my presence this 7th day of October, 2010.

_____
Margaret J. Kravchuk
United States Magistrate Judge

## AFFIDAVIT OF BRIAN PELLERIN

I.      Introduction

I, Brian R. Pellerin, a Special Agent of the United States Department of Health and Human Services, Office of the Inspector General, Office of Investigations, swear that the facts set forth below are true. I make this Affidavit in support of the issuance of a criminal complaint charging Dawn Grover a/k/a Dawn Hull a/k/a Dawn Zehrung with two counts of health care fraud, in violation of Title 18, United States Code, Section 1347. Because this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists that Grover committed the above-mentioned offenses and this information is by no means exhaustive. In addition, where I assert that a statement or observation was made, I did not personally hear the statement or make the observation unless specifically so stated. Instead, the information was provided by a witness or another law enforcement officer, either verbally or in writing, who had direct or indirect knowledge of the statement or observation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

I am a Special Agent with the United States Department of Health and Human Services, Office of the Inspector General, Office of Investigations ("HHS/OIG") and I am currently assigned to the Scarborough, Maine Field Office. I have been employed as a sworn Municipal and Federal Law Enforcement Officer for approximately eighteen years, the last eight of which have been as a Special Agent with the U.S. Secret Service and as a Special Agent with HHS/OIG, during which time I have participated in several investigations involving fraud, embezzlement, and identity theft. I am the case agent responsible for a health care fraud and

theft investigation of Grover being conducted by the United States Department of Health and Human Services, Office of Inspector General, and other federal and state agencies.

II.   Background

1. Doctor A operates a gynecological medical practice (hereinafter "the Medical Practice") located in Bangor, Maine. Doctor A was one of the physicians working at the Medical Practice. From about June 2006 until about March 2009, the defendant was responsible for billing and coding at the Medical Practice.

2. In about June 2009, Doctor A filed a self-report with the United States Department of Health and Human Services. Doctor A, through his counsel, advised HHS that a review of medical charts revealed prevalent up-coding (for example, billing for a comprehensive office visit when the visit was in fact a routine follow-up), billing for procedures not performed, and the alteration of medical records. In the self-disclosure, Doctor A stated that the defendant was responsible for the over-billing.

3. On about December 1, 2009, Employee A and Employee B were interviewed by law enforcement personnel. Each employee worked for the Medical Practice and was familiar with the responsibilities of each employee. Employee A and Employee B each stated that the defendant was responsible for medical billing at the Medical Practice.

4. Anthem Health Plans of Maine, Inc., a/k/a Anthem Blue Cross and Blue Shield (hereinafter "Anthem") is a "health care benefit program" as defined in Title 18, United States Code, Section 24(b).

III.   The Scheme to Defraud

5. Based on my investigation, I have learned that the defendant caused bills to be submitted to Anthem for services provided by Doctor A to herself and her minor son when in fact such services were never provided.

6. On about May 23, 2008, the Medical Practice submitted a bill to Anthem for $1275.00 for medical services rendered to the defendant's minor son. Based upon the billing codes contained within the claim form, the services rendered by Doctor A to the defendant's son were for treatment of acne. On about June 2, 2008, Anthem paid $144.52 of this bill to the Medical Practice.

7. On about October 27, 2008, the Medical Practice submitted a bill to Anthem for $5410.00 for medical services rendered to the defendant. On about October 31, 2008, Anthem paid $4546.87 of this bill to the Medical Practice. This payment was combined with payment for services rendered to other patients. As described in paragraph 9, below, the defendant was not a patient of the Medical Practice.

8. The checks received from Anthem for the services allegedly rendered to the defendant and her son were deposited into the Medical Practice's business account.

9. During the period while the defendant was executing the scheme to defraud Anthem, she also personally received unauthorized payments from the Medical Practice. Specifically, on about on February 24, 2010, law enforcement personnel spoke with Doctor A. In summary and in part, Doctor A stated that a review of financial records for the Medical Practice revealed that the defendant paid herself unauthorized bonuses. I have identified multiple checks payable to the defendant and drawn on a business account for the

Medical Practice between December 2007 and January 2009 that Doctor A indicated were unauthorized payments. The sum total of these payments exceeds $20,000.

IV. Audit Following Discovery of the Scheme

10. An independent auditor conducted an audit of bills submitted to Anthem following Doctor A's discovery of the defendant's improper billing practices. The auditor told law enforcement personnel that she found 26 specific claims that had been submitted to Anthem under the defendant's prior name. The defendant is not a patient of Doctor A and the auditor found no patient chart or super bill to support these claims. The auditor also stressed that the defendant does not have a patient profile listed in the Centricity system, which is the computer billing system for the practice. The auditor advised law enforcement personnel that in order to generate these bills, the defendant would have to create a patient profile to allow her to submit claims to Anthem and then delete her patient profile from the system.

## V. Conclusion

11. Based on the facts set forth above, I respectfully request that the Court issue a criminal complaint charging Dawn Grover a/k/a Dawn Hull a/k/a Dawn Zehrung with two counts of health care fraud, in violation of Title 18, United States Code, Section 1347.

*Brian Pellerin*
Brian Pellerin
Special Agent
HHS-OIG

Sworn to before me and subscribed in my presence this 7th day of October, 2010.

*Margaret J. Kravchuk*
Margaret J. Kravchuk
United States Magistrate Judge