U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2010 OCT -7 P 1:20

BY________
DEPUTY CLERK

**Complaint Synopsis**
October 7, 2010

**Name:** Dawn Grover

**Address:** Orrington, Maine

**Year of Birth and Age:** 1953; 57 years old

**Violations:** Counts 1-2: 18 U.S.C. § 1347 – health care fraud.

**Penalty:** Counts 1-2: Imprisonment of not more than 10 years; fine of not more than $250,000, or both.

**Supervised Release:** Not more than 3 years (18 U.S.C §3583(b)(2)).

**Maximum Term of Imprisonment for Violation of Supervised Release:** Not more than two years (18 U.S.C. § 3583(e)(3)).

**Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** Three (3) years (maximum original term of supervised release) "less any term of imprisonment that was imposed upon revocation of supervised release" (18 U.S.C. §3583(h)).

**Defendant's Attorney:**

**Primary Investigative Agency and Case Agent:** HHS/OIG – S/A Brian Pellerin

**Detention Status:** To be determined

**Foreign National:** No

**Foreign Consular Notification Provided:** N/A

**County:** Penobscot

**AUSA:** David B. Joyce

**Guidelines apply?** Yes

**Corporate Victims Owed Restitution:** Bangor Women's Healthcare, Anthem Health Plans of Maine, Inc., a/k/a Anthem Blue Cross and Blue Shield.

**Caption of any Related Search Warrants:** None

**Assessments:** $100 per count